# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-02-00609-CV

**Christopher Lynn Walsh, Appellant**

**v.**

**Martha Stripling Walsh, Appellee**

**FROM THE COUNTY COURT AT LAW NO. 2 OF WILLIAMSON COUNTY
NO. 01-609-FC2, HONORABLE ROBERT F. B. (ASKIP@) MORSE, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

The parties filed a joint motion to dismiss this appeal because they have reached a mediated settlement agreement and no longer wish to proceed in this matter.

The appeal is dismissed on joint motion of the parties. *See* Tex. R. App. P. 42.1(a)(2).

_____

Jan P. Patterson, Justice

Before Justices Kidd, Yeakel and Patterson

Dismissed on Joint Motion

Filed:  March 20, 2003